UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DARRYL SCHNEIDER, et al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
|        v. | ) 2:20-cv-00078-JDL |
| | ) |
| ABC, INC., et al., | ) |
| | ) |
|    Defendants. | ) |

### ORDER

On March 31, 2021, the Court entered an Order dismissing the Plaintiffs' Amended Complaint as to all Defendants (ECF No. 87), and a judgment of dismissal entered the same day (ECF No. 88). Between April 7 and 9, 2021, the Plaintiffs filed two motions, with attachments and other documents, seeking various forms of relief from judgment (ECF Nos. 90, 97). The Plaintiffs' filings are meritless and do not raise any legitimate grounds for relief from judgment or other action by the Court. Accordingly, the Plaintiffs' motions (ECF Nos. 90, 97) are **DENIED**.

**SO ORDERED.**

**Dated this 16th day of April, 2021.**

                                                    /s/ JON D. LEVY
                                          **CHIEF U.S. DISTRICT JUDGE**